

FN 400002945

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Patricia A. Davidson
_____
Plaintiff

v.

Credit Corp Solutions Inc
_____
Defendant

4-24CV-362-O
_____
Civil Action No.

## COMPLAINT

### INTRODUCTION

This is a civil action for Actual, Punitivate, Statutory damages and cost brought by Patricia A. Davidson hereinafter, an individual consumer, against Defendants, Credit Corp Solutions Inc. For Violations of The Fair Credit Reporting Act 15 U.S.C § 1681 et seq.

\* Attach additional pages as needed.

Date: 04-19-2024

Signature: Patricia A. Davidson

Print Name: Patricia A. Davidson

## Parties

1. Plaintiff, Patricia A. Davidson is a Natural person and consumer as defined by 15 U.S.C 1681a(c), residing in Fort Worth, Texas at address 805 Heights Drive Apt F Upon information and belief, Credit Corp Solutions Inc is a Philippines Corporation.

2. Defendant Credit Corp Solutions Inc accepts service of process through its Registered Agent: Corporation Service Company dba CSC 211 E. 7th Street, Suite 620 Austin, TX 78701-3218.

3. The acts of Defendants described in this complaint were performed by Defendants or on Defendants' behalf by its Owners, Office, Agents, and/or employees acting within the scope of their actual or apparent authority. As such all References to "Defendants" in this complaint shall be Defendants or their Owners, Officers, agents, and/or employees.

## Basis of Jurisdiction

4. Jurisdiction of this Court arises under 15 U.S.C § 1681(p) and 28 U.S.C§ 1331.The Venue is proper in this Judicial District pursuant to 28 U.S.C 1391(b)(1) and 28 U.S.C§ 1391(b)(2) because a substantial part of events, omissions, or conduct giving rise to the Plaintiff's claim which occurred in this Judicial District. Defendants transact business in Fort Worth, TX. The court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C§ 1367.

## Factual Allegations
## Existence of a Consumer Report

5. On or about 03/18/2024 a Consumer Report Pertaining to Plaintiff was generated and maintained by Experian, a consumer reporting agency as defined by 15 U.S.C§ 1681(a)(f).In the report, Plaintiff observed unauthorized inquiries from Defendant.

## Count 1 Violation of the Fair Credit Reporting Act
## 15 U.S.C§ 1681b(f) Defendant Credit corp Solutions Inc

6. Defendant Credit Corp Solutions Inc. accessed the plaintiff's Consumer report 07/22/2023,08/12/2023,08/13,2023,09/05/2023,09/06/2023,09/21/2023,09/30/2023 10/05/2023,10/06/2023,12/29/2023,01/02/2024,03/01/2024. See Exhibit A

## Lack of Permissible Statutory Purpose

7. Defendants Credit Corp Solutions Inc accessed Plaintiff's consumer report without permissible purpose, as required by15 U.S.C§ 1681 b(f). Discovery will show the plaintiff Had no existing business relationship, contractual obligations, or any transactions with Defendants Credit Corp Solutions Inc that would allow for such inquiries under 15 U.S.C§ 1681(a)(3)(A) or any provision.

8. Upon accessing Plaintiff's consumer report, Defendants Credit Corp Solutions Inc did not take any follow-up action, thereby indicating a lack of permissible purpose for those inquiries. Discovery will show Plaintiff never gave any consent to the defendant to access her Consumer report.

### **Requisite Mental State (Willfulness)**

9. Discovery will show despite this knowledge Defendants Credit Corp Solutions Inc. intentionally and recklessly disregarded their obligations under the FCRA and did not verify a purported debt or take other actions that would constitute a permissible purpose of accessing the Plaintiff's consumer report.

10. Plaintiff's injury is "Particularized" and "Actual' in that the conduct deprived Plaintiff of her rights was directed by Defendants to Plaintiff Specifically. Plaintiff's injury is "Particularized" and "Actual" in that Plaintiff has suffered emotional distress from Defendant unauthorized access to her Credit Report.

11. Plaintiff's injury is "Particularized" and "Actual' in that Plaintiff has suffered an invasion of privacy. This intrusion into the "Plaintiff's personal information caused the feeling of vulnerability, worry, and anxiety, which led to sleeplessness and Headaches. Plaintiff's injury is "Particularized' and "Actual" in that the Plaintiff has suffered fear and anger over the invasion of privacy. A favorable decision would serve to deter Defendants from Similar conduct. Also, a favorable decision herein would redress Plaintiff with monetary damages.

12. Wherefore Patricia A. Davidson respectfully demands a jury trial and requests that a Judgment trial and Request Judgement be entered in favor of the Plaintiff against the defendant for (a) actual damages, statutory damages, and potentially punitive damages.

Dated this 19th of April 2024

_Patricia A Davidson_
_Patricia Davidson_

Email: Patricia_Davidson@yahoo.com
Contact # 682-417-1011

## Who Has Viewed Your Consumer Information (Continued)

Exhibit A

**CAPITAL BANK** 2275 RESEARCH BLVD STE 600 ROCKVILLE MD 20850 (800) 859 6412 INQUIRY DATES: 03.01.24 | 02.02.24 | 01.03.24 | 12.02.23 | 11.02.23 | 10.02.23 | 09.01.23 | 08.01.23 | 07.03.23 | 06.03.23 | 05.02.23 | 04.04.23 |

**CREDIT CORP SOLUTIONS IN** 121 W ELECTION RD STE 200 DRAPER UT 84020 No phone # available INQUIRY DATES: 03.01.24 | 01.02.24 | 12.29.23 | 10.06.23 | 10.05.23 | 09.30.23 | 09.21.23 | 09.06.23 | 09.05.23 | 08.13.23 | 08.12.23 | 07.22.23 |

**PORTFOLIO RECOV ASSOC** 120 CORPORATE BLVD STE 100 NORFOLK VA 23502 (844) 675 3408 INQUIRY DATES: 03.01.24 | 01.02.24 | 12.29.23 | 12.22.23 | 12.10.23 | 10.06.23 | 10.05.23 | 10.02.23 | 09.30.23 | 09.21.23 | 09.08.23 | 09.06.23 | 09.05.23 | 09.01.23 | 08.29.23 | 08.13.23 | 08.12.23 | 07.22.23 | 07.04.23 |

**ONEMAIN** PO BOX 1010 EVANSVILLE IN 47706 (844) 298 9773 INQUIRY DATES: 02.28.24 | 02.27.24 | 02.10.24 | 01.29.24 | 01.18.24 | 01.13.24 | 01.09.24 | 01.06.24 | 01.05.24 | 01.02.24 | 12.29.23 | 12.22.23 | 12.17.23 | 12.11.23 | 12.09.23 | 12.06.23 | 11.29.23 | 11.20.23 | 11.06.23 | 10.29.23 | 10.28.23 | 10.27.23 | 10.26.23 | 10.14.23 | 10.05.23 | 10.04.23 |

**SYNCHRONY FINANCIAL** 777 LONG RIDGE RD STAMFORD CT 06902 No phone # available INQUIRY DATES: 02.24.24 | 01.05.24 | 12.06.23 |

**CREDIT ONE BANK** PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 INQUIRY DATES: 02.23.24 | 01.25.24 | 12.20.23 | 11.10.23 | 10.27.23 | 09.21.23 | 08.24.23 | 07.28.23 | 07.26.23 | 06.23.23 | 05.19.23 | 04.19.23 |

**SYNCHRONY FINANCIAL** 4125 WINDARD PLAZA ALPHARETTA GA 30005 No phone # available INQUIRY DATES: 02.21.24 | 01.24.24 | 12.19.23 | 11.21.23 | 10.24.23 | 09.20.23 | 08.22.23 | 07.18.23 | 06.21.23 | 05.23.23 | 04.28.23 | 03.20.23 |

**CAPITAL ONE** 15000 CAPITAL ONE DR RICHMOND VA 23238 No phone # available INQUIRY DATES: 02.08.24 | 01.11.24 | 12.12.23 | 11.10.23 | 10.17.23 | 09.13.23 | 08.10.23 | 07.13.23 | 06.13.23 | 05.11.23 | 04.12.23 |

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 01.19.24 |

**EXPERIAN CS IDENTITY** 535 ANTON BLVD COSTA MESA CA 92626 No phone # available INQUIRY DATES: 01.17.24 | 01.02.24 |

**EAST TX PROF CU** 409 E LOOP 281 LONGVIEW TX 75605 (903) 323 0230 INQUIRY DATES: 01.10.24 | 04.26.23 |

**EXPERIAN CREDITMATCH** 475 ANTON BLVD # D4 COSTA MESA CA 92626 No phone # available INQUIRY DATES: 12.26.23 | 12.25.23 | 12.22.23 | 12.21.23 | 12.19.23 | 12.18.23 | 12.16.23 | 12.15.23 | 12.14.23 | 12.11.23 | 12.10.23 | 12.07.23 | 12.06.23 | 12.05.23 | 12.02.23 | 11.26.23 | 11.25.23 | 11.21.23 | 11.18.23 | 11.14.23 | 11.11.23 | 11.08.23 | 11.07.23 | 11.04.23 | 10.31.23 | 10.29.23 | 10.27.23 | 10.26.23 | 10.23.23 | 10.21.23 | 10.15.23 | 10.06.23 | 10.05.23 | 10.02.23 | 09.30.23 | 09.29.23 | 09.28.23 | 09.27.23 | 09.26.23 | 09.24.23 | 09.23.23 | 09.22.23 | 09.21.23 | 09.20.23 | 09.19.23 | 09.18.23 | 09.16.23 | 09.15.23 | 09.14.23 | 09.13.23 | 09.12.23 | 09.11.23 | 09.10.23 | 09.09.23 | 09.08.23 | 09.07.23 | 09.06.23 | 09.05.23 | 09.04.23 | 09.01.23 | 08.31.23 | 08.30.23 | 08.29.23 | 08.28.23 | 08.27.23 | 08.26.23 | 08.25.23 | 08.24.23 | 08.23.23 | 08.22.23 | 08.21.23 | 08.20.23 | 08.19.23 | 08.18.23 | 08.17.23 | 08.16.23 | 08.15.23 | 08.14.23 | 08.13.23 | 08.12.23 | 08.11.23 | 08.10.23 | 08.09.23 | 08.08.23 | 08.07.23 | 08.06.23 | 08.05.23 | 08.04.23 | 08.03.23 | 08.02.23 | 08.01.23 | 07.31.23 | 07.30.23 | 07.29.23 | 07.28.23 | 07.27.23 | 07.26.23 | 07.25.23 | 07.24.23 | 07.23.23 | 07.22.23 | 07.21.23 | 07.20.23 | 07.19.23 | 07.18.23 | 07.17.23 | 07.16.23 | 07.15.23 | 07.13.23 | 07.12.23 | 07.11.23 | 07.09.23 | 07.07.23 | 07.06.23 | 07.05.23 | 07.04.23 | 07.03.23 | 07.02.23 | 07.01.23 | 06.30.23 | 06.29.23 | 06.28.23 | 06.27.23 | 06.26.23 | 06.25.23 | 06.24.23 | 06.23.23 | 06.22.23 | 06.21.23 | 06.19.23 | 06.18.23 | 06.17.23 | 06.15.23 | 06.14.23 | 06.13.23 | 06.11.23 | 06.10.23 | 06.09.23 | 06.06.23 | 06.05.23 | 06.04.23 | 06.03.23 | 06.02.23 | 06.01.23 | 05.31.23 | 05.30.23 | 05.27.23 | 05.26.23 | 05.25.23 | 05.24.23 | 05.23.23 | 05.22.23 | 05.21.23 | 05.20.23 | 05.19.23 | 05.18.23 | 05.17.23 | 05.16.23 | 05.15.23 | 05.14.23 | 05.13.23 | 05.12.23 | 05.11.23 | 05.10.23 | 05.09.23 | 05.08.23 | 05.07.23 | 05.06.23 | 05.04.23 | 05.03.23 | 05.02.23 | 05.01.23 | 04.01.23 | 03.25.23 | 03.24.23 | 03.23.23 |

**CREDIT KARMA** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.23.23 | 12.20.23 | 12.16.23 | 12.13.23 | 12.09.23 | 12.06.23 | 12.02.23 | 11.29.23 | 11.25.23 | 11.22.23 | 11.18.23 | 11.15.23 | 11.11.23 | 11.08.23 | 11.04.23 | 11.01.23 | 10.28.23 | 10.25.23 | 10.21.23 | 10.18.23 | 10.14.23 | 10.11.23 | 10.07.23 | 10.04.23 | 09.30.23 | 09.27.23 | 09.23.23 | 09.20.23 | 09.16.23 | 09.13.23 | 09.09.23 | 09.06.23 | 09.02.23 | 08.30.23 | 08.26.23 | 08.23.23 | 08.19.23 | 08.16.23 | 08.12.23 | 08.09.23 | 08.05.23 | 08.02.23 | 07.29.23 | 07.22.23 | 07.19.23 | 07.12.23 | 07.08.23 | 07.05.23 | 07.01.23 | 06.28.23 | 06.24.23 | 06.21.23 | 06.17.23 | 06.14.23 | 06.10.23 | 06.07.23 | 06.03.23 | 05.31.23 | 05.27.23 | 05.24.23 | 05.20.23 | 05.17.23 | 05.13.23 | 05.10.23 | 05.06.23 | 05.03.23 | 04.29.23 | 04.26.23 | 04.22.23 | 04.19.23 | 04.15.23 | 04.12.23 | 04.08.23 | 04.05.23 | 04.01.23 | 03.29.23 | 03.25.23 | 03.22.23 | 03.18.23 |

**CLARITY/WESTERN FUND INC** 751 WILSHIRE BLVD STE 100 LOS ANGELES CA 90017 No phone # available INQUIRY DATES: 12.21.23 |

**CLARITY/WESTLAKE FIN SVC** 4751 WILSHIRE BLVD LOS ANGELES CA 90010 No phone # available INQUIRY DATES: 12.21.23 |

**CREDIT KARMA INC** 760 MARKET ST FL 2 SAN FRANCISCO CA 94102 No phone # available INQUIRY DATES: 12.21.23 | 12.09.23 | 09.13.23 | 09.07.23 | 08.31.23 | 08.28.23 |

**CLARITY SERVICES INC** 15550 LIGHTWAVE DR CLEARWATER FL 33760 No phone # available On behalf of MONEYKEY (6114) for 30 INQUIRY DATES: 12.19.23 |

**CLARITY SERVICES INC** No phone # available On behalf of CNU ONLINE HOLDINGS (114 for 30 INQUIRY DATES: 12.19.23 | 05.26.23 |

**CLARITY/CCBANK-INTEGRA** 3280 N UNIVERSITY AVE PROVO UT 84604 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/CNU ONLINE HOLDI** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 No phone # available INQUIRY DATES: 12.19.23 | 05.26.23 |

**CLARITY/FEB-CREDITFRESH** 2150 S 1300 E SALT LAKE CITY UT 84106 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/FEB-CREDITFRESH** 2150 S 1300 E SALT LAKE CITY UT 84106 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/FEB-CREDITFRESH** 2150 S 1300 E SALT LAKE CITY UT 84106 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/FINWISE-OPPLOANS** 820 E 9400 S SANDY UT 84094 No phone # available INQUIRY DATES: 12.19.23 | 05.26.23 |

**CLARITY/MONEYKEY** 69 YONGE ST STE 1500 TORONTO CN 00000 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/MONEYKEY** 69 YONGE ST STE 1500 TORONTO CN 00000 No phone # available INQUIRY DATES: 12.19.23 |

**CLARITY/NETCREDIT** 175 W JACKSON BLVD STE 1000 CHICAGO IL 60604 No phone # available INQUIRY DATES: 12.19.23 | 05.26.23 |

**AFFIRM** 650 CALIFORNIA ST FL 12 SAN FRANCISCO CA 94108 (855) 423 3729 INQUIRY DATES: 12.15.23 |

**CLARITY SERVICES INC** 15550 LIGHTWAVE DR CLEARWATER FL 33760 No phone # available On behalf of FINWISE AMERFIRSTFIN (64 for 30 INQUIRY DATES: 12.15.23 |

**CLARITY/FINWISE BANK** 820 E 9400 S SANDY UT 84094 No phone # available INQUIRY DATES: 12.15.23 |



# CIVIL COVER SHEET

JS 44 (Rev. 04/21) (TXND 4/21)

APR 23 2024

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Patricia A. Davidson

**(b)** County of Residence of First Listed Plaintiff: Tarrant
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

## DEFENDANTS
Credit Corp Solutions Inc.

County of Residence of First Listed Defendant: Travis
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

**4-24CV-362-O**

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**CIVIL RIGHTS**
- [ ] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty

**Other:**
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

**IMMIGRATION**
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**INTELLECTUAL PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [x] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Acts
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 U.S.C 1681

Brief description of cause:
Permissable Purpose

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE: 04-19-2024

SIGNATURE OF ATTORNEY OF RECORD: Patricia Davidson

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____