UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **PATRICIA A. DAVIDSON,** | : | |
| | : | |
| *Plaintiff*, | : | |
| | : | Case No.: 4:24-CV-00362 |
| v. | : | |
| | : | |
| **CREDIT CORP SOLUTIONS, INC.** | : | |

*Defendant.*

### CREDIT CORP SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), and LR 7.4, provides the following information:

Defendant is a nongovernmental corporate party, and the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock include: Credit Corp Facilities Pty LTD which is registered as a public company in Australia and is publicly traded on the Australian Securities Exchange.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case are:

| Party | Connection/Interest |
|---|---|
| Credit Corp Solutions, Inc. | Defendant |
| Kaufman Dolowich, LLP | Counsel for Credit Corp Solutions, Inc. |
| Patricia A. Davidson | *Pro Se* Plaintiff |

Respectfully Submitted,

**KAUFMAN DOLOWICH, LLP**

By: */s/ Angella H. Myers*
Angella H. Myers
Texas Bar No. 24027229
angella.myers@kaufmandolowich.com
Ravyn L. Goss
Texas Bar No. 24136114
ravyn.goss@kaufmandolowich.com
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
Telephone:    (972) 781-2400
Facsimile:    (972) 781-2401

**ATTORNEYS FOR DEFENDANT
CREDIT CORP SOLUTIONS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certified that on May 23, 2024, a true and correct copy of *Defendant Credit Corp Solution, Inc.'s Certificate Of Interested Persons And Corporate Disclosure Statement* was served upon Plaintiff via United States mail, postage prepaid and e-mail, as indicated below:

Patricia A. Davidson
805 Heights Drive Apt. F
Fort Worth, TX 76112
Patricia_Davidson@yahoo.com

*Plaintiff Pro Se*

*/s/ Angella H. Myers*
Angella H. Myers