MAY 28 2024 AM 11:06
FILED-USDC-NDTX-FW

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| **PATRICIA A DAVIDSON** | § | **JURY TRIAL DEMANDED** |
| *PLAINTIFF,* | § | |
| V | § | |
| | § | Case No.: 4:24-CV-00362 |
| **CREDIT CORP SOLUTIONS, IN** | § | |
| *DEFENDANT,* | § | |
| | § | |

## MOTION TO STRIKE CREDIT CORP SOLUTIONS INC. AFFIRMATIVE DEFENSES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs Patricia A. Davidson and files this Motion to Strike Defendants affirmative defenses raised by the Defendant Credit Corp Solutions Inc. in complaint filed under case 4:24-CV-00362. The defenses are Insufficient, irrelevant, and do not meet the legal standards.

1. On May 23, 2024 Defendant filed an answer that denied all of the Plaintiffs Allegations and asserted six affirmative defenses. The Defenses are irrelevant and do not meet legal standards.

## ARGUMENT

2. Defendant First affirmative pleads, Plaintiff has failed to state a claim upon which Relief can be granted.

3. Defendant First affirmative is legally insufficient because the complaint states a claim For which relief can be granted as it meets all necessary elements.

4. Defendant second affirmative defense pleads claims may be barred by the statue of Limitations.

5. Defendant second affirmative defense is frivolous based upon 15 U.S.C§ 1681 states within Two year from the date of discovery of violation and Five years from occurrence of violation. Defendants Credit Corp Solutions Inc accessed Plaintiff consumer report twelve different dates between July 22, 2023 and March 01,2024.

6. Defendant Third affirmative defense pleads Plaintiff failed to mitigate any damages Which Plaintiff may have suffered.

7. Defendant Third affirmative defense is Baseless because complaint clearly states Damages. *Guimond v. Transunion* Credit information Co.(1995); The ninth Circuit held that plaintiff could recover for emotional distress without showing out of Pocket expenses.

8. Defendant Fourth affirmative pleads Plaintiff suffered no ascertiable loss of money or Property.

9. Defendant Fourth affirmative is ludicrous being that Plaintiff was out of pocket For filing fee, plaintiff time, loss of sleep, hours of researching information and Expenses for obtaining documents.

10. Defendant fifth affirmative pleads Plaintiff suffered no compensable damages.

11. Defendant fifth affirmative is repetitive because its equivalent to defendant third Affirmative defense

12. Defendant sixth affirmative pleads Defendant Simm respectfully reserves the right to Assert any additional affirmative.

13. Defendant sixth affirmative is Bona Fide according to case 4:24-CV-0362 with Plaintiff name being Patricia A Davidson and Credit Corp Solutions Inc Defendant.

## PRAYER

**WHEREFORE** Plaintiff prays that under Rule 12(f) of the Federal Rules of Civil Procedure, this court strike Defendant six Affirmative Defenses as Conclusory, boilerplate. Which are absent and factual support, and any such relief to which Plaintiff may be entitled.

Respectfully Submitted:
May 28, 2024
Patricia A. Davidson

*[signature]*

Patricia_Davidson@yahoo.com
Contact # 682-417-1011
805 Heights Drive Apt F Fortworth 76112
*Plaintiff Pro Se*

## Certificate of Service

I hereby certify that on date May 28, 2024, I served a true and correct copy of the following documents Plaintiff Patricia A. Davidson Motion to strike affirmative defense and Certificate of Interest Persons/ disclosure form. Statement was served upon Defendants Credit Corp Solutions Inc. Unites States mail, postage prepaid and email As indicated below:

**KAUFMAN DOLOWICH, LLP**

Angella H. Myers
Texas Bar No. 24027229
angella.myers@Kaufmandolowich.com
Ravyn. L. Goss
Texas Bar No. 24136114
ravyn.goss@kaufmandolowich.com
14643 Dallas Parkway, Suite 550
Dallas, Texas 75254
Telephone:(972) 781-2400
Facsimile: (972) 781-2401

**ATTORNEYS FOR DEFENDANT CREDIT CORP SOLUTIONS,INC**